IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CATHERINE WILKINS,<br><br>    Plaintiff,<br><br>  V.<br><br>CBT NUGGETS, LLC,<br><br>    Defendant. | 6:18-cv-00756-TC<br><br>JUDGMENT |

Pursuant to the parties' Stipulation of Dismissal (ECF No. 9), this action is dismissed with prejudice and without an award of attorney fees or costs to any party.

Dated this 30th day of July 2018.

                s/Thomas M. Coffin
                THOMAS M. COFFIN
                United States Magistrate Judge